**160**

CHARLESTOWN TOWNSHIP,
Appellant,

v.

PENNSYLVANIA TURNPIKE
COMMISSION, Appellee.

Schuylkill Township, Intervenor.

East Whiteland Township, Intervenor.

Supreme Court of Pennsylvania.

April 10, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of April, 2002, we **AFFIRM** the Order of the Commonwealth Court.